## MATLACK v. BROWN AND LEWIS.

### October 15, 1836.

*Verdict subject to opinion of court.*

A. brings replevin against B., who avows, &c. Distress for rent claimed, $200.   Verdict for $100.   The jurisdiction of this court is not ousted, and plaintiff is entitled to costs.

GOODS were distrained by Brown for $200, arrears of rent claimed by him.   Matlack replevied.   Defendant Lewis made cognizance, and defendant Brown avowed for rent in arrear, due by one Joseph West, lessee of the premises from which the goods mentioned in the declaration were taken.

Plaintiff replied " no rent in arrear."

On the trial it appeared, that but $100 were due at the time of the distress, although the landlord supposed himself entitled to

---

[Matlack v. Brown and Lewis.]

$200.   Verdict taken by consent for avowant $100, subject to the opinion of the court whether judgment should be entered with or without costs.

*Hopkins* said, that the verdict established that this court had not jurisdiction. The amount recovered did not " exceed one hundred dollars."   Act 30th March, 1811, *Purd. Dig., tit. Courts.*

*S. G. Campbell, contra*, cited: Ancora *v.* Burns, 5 *Binney* 522; Byrne *v.* Gordon, 2 *Browne*, 271.

PER CURIAM.—Whenever this court has jurisdiction, the judgment carries costs.   Kline *v.* Woods, 9 *S. & R.* 299.   Plaintiff having elected to bring replevin in this court, it is not in his power to say the court has no jurisdiction.   In fact, the claim was for $200, and the verdict of the jury finding but $100 due, will not oust the court of jurisdiction.

Judgment for avowant with costs.